AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| | ) | |
|---|---|---|
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) ) | Civil Action No. |
| | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| | |
|---|---|
| ALAN C. CHEN, (SBN 224420)<br>  acchen@zuberlaw.com<br>MEREDITH A. SMITH, (SBN 281120)<br>  msmith@zuberlaw.com<br>HEMING XU, (SBN 302461)<br>  hxu@zuberlaw.com<br>ZUBER LAWLER & DEL DUCA LLP<br>777 S. Figueroa Street, 37th Floor<br>Los Angeles, California 90017  USA<br>Telephone: +1 (213) 596-5620<br>Facsimile: +1 (213) 596-5621<br><br>Attorneys for Plaintiffs SOS Co., Inc. and Dogtra Co., Ltd. | |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOS CO., INC. dba DOGTRA, a California corporation, DOGTRA CO., LTD., a Republic of Korea corporation,,<br><br>        Plaintiffs,<br><br>    v.<br><br>E-COLLAR TECHNOLOGIES, INC., an Indiana corporation; C&D MICRO CO., LTD., a Republic of Korea corporation; HOSUNG SO, aka Ho-Sung So and Mark So, an individual; GREG VAN CUREN, an individual; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No.: 2:16-cv-9667<br><br>**COMPLAINT FOR:**<br><br>**(1) MISAPPROPRIATION OF TRADE SECRET;**<br>**(2) BREACH OF FIDUCIARY DUTY;**<br>**(3) DEFAMATION;**<br>**(4) TRADE LIBEL;**<br>**(5) INTENTIONAL INDUCEMENT TO BREACH A CONTRACT;**<br>**(6) INTENTIONAL INTERFERENCE WITH CONTRACTUAL RELATIONS;**<br>**(7) NEGLIGENT INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE;**<br>**(8) INFRINGEMENT OF THE '908 PATENT**<br>**(9) CONSPIRACY; AND**<br>**(10) UNFAIR COMPETITION**<br><br>**[DEMAND FOR JURY TRIAL]** |