NOTE: CHANGES MADE BY THE COURT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SOS CO., INC., dba DOGTRA, a California corporation, DOGTRA CO., LTD., a Republic of Korea corporation,<br><br>Plaintiff,<br><br>vs.<br><br>E-COLLAR TECHNOLOGIES, INC., an Indiana corporation; CND MICRO CO., LTD., a Republic of Korea corporation; HOSUNG SO, aka Ho-Sung So and Mark So, an individual; GREG VAN CUREN, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:16-cv-9667 AB (AFMx)<br><br>**[PROPOSED] ORDER** ~~GRANTING~~ **DENYING MOTION TO STRIKE ALLEGATIONS IN SECOND AMENDED COMPLAINT PER FED. R. CIV. P. 12(F)**<br><br>Hearing Date:   October 6, 2017<br>Time:                  10:00 a.m.<br>Courtroom:       7B, 350 West First Street<br>Judge:               Hon. André Birotte Jr. |

**ORDER**

The Court, having read and considered the Motion to Strike certain of the allegations in Plaintiffs' Second Amended Complaint filed by Defendant Greg Van Curen pursuant to Rule 12(f) of the Federal Rules of Civil Procedure (the "Motion"), including all papers and arguments submitted in connection therewith,

1  hereby **DENIES** the motion for the reasons stated in the opposition.  The materials
2  that Van Curen seeks to strike are not scandalous, immaterial, and/or impertinent.
3
4  **IT IS SO ORDERED.**
5
6  DATED: October 18, 2017
7
8  Honorable André Birotte Jr.
9  United States District Judge