JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SOS CO., INC., et al., | CASE NO. 2:16-cv-9667 AB (AFMx) |
| Plaintiffs, | **[PROPOSED] JUDGMENT** |
| vs. | |
| E-COLLAR TECHNOLOGIES, INC., et al., | Assigned to Hon. André Birotte Jr. |
| Defendants. | |

1. Plaintiffs SOS Co., Inc. and Dogtra Co., Ltd. ("Plaintiffs") filed the original Complaint in this action on December 31, 2016.

2. Plaintiffs filed a First Amended Complaint in this action on June 30, 2017.

3. Plaintiffs filed a Second Amended Complaint in this action on August 7, 2017.

4. On August 28, 2017, Defendants E-Collar Technologies, Inc. and Greg Van Curen filed a Motion to Dismiss the Second Amended Complaint pursuant to Fed. R. Civ. P. 12(b). On October 17, 2017, the Court granted Defendants E-Collar Technologies, Inc. and Greg Van Curen's Motion to Dismiss and dismissed with prejudice all claims as pled in the Second Amended Complaint against Greg Van Curen and E-Collar Technologies, Inc. (counts 1, 3, 4, 6, and 7), with the exception of Plaintiff SOS Co., Inc.'s misappropriation of trade secrets claim (count 1) against Defendant E-Collar Technologies, Inc.

5. On October 31, 2017, Defendant E-Collar Technologies, Inc. filed an Answer to the Second Amended Complaint.

6. On June 7, 2018, Plaintiffs voluntarily dismissed all claims as pled in the Second Amended Complaint against Defendant CND Co., Ltd. (counts 1, 3, 4, 6, and 7); counts 3, 4, 5 and 6 against Defendant Ho Sung So; and all claims brought by Plaintiff Dogtra Co., Ltd. in the Second Amended Complaint.

7. On June 7, 2018, Defendant Ho Sung So filed a Motion to Dismiss the Second Amended Complaint pursuant to Fed. R. Civ. P. 12(b). On July 17, 2018, the Court granted Defendant Ho Sung So's Motion to Dismiss and dismissed with prejudice all claims as pled in the Second Amended Complaint against Ho Sung So (counts 1, 2, and 7).

8. On August 24, 2018, Defendant E-Collar Technologies, Inc. filed a Motion for Judgment on the Pleadings as to Dismissal of the Second Amended Complaint pursuant to Fed. R. Civ. P. 12(c).

9. On September 21, 2018, Plaintiff SOS Co., Inc. filed a Motion for Reconsideration of the Order Granting Defendant Ho Sung So's Motion to Dismiss, pursuant to Fed. R. Civ. P. 54(b) and Local Rule 7-18.

10. On November 16, 2018, the Court granted Defendant E-Collar Technologies, Inc.'s Motion for Judgment on the Pleadings and denied Plaintiff SOS Co., Inc.'s Motion for Reconsideration.

Based on the foregoing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of Defendants E-Collar Technologies, Inc. and Ho Sung So and against Plaintiff SOS Co., Inc.

DATED: December 03, 2018

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE